IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRANDON WOODRUFF, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:15-CV-1832-M |
| ) | |
| LORIE DAVIS, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
|     Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Motion for Extension of Time to File Notice of Appeal* (doc. 21) is **GRANTED**, and the petitioner's time to file his notice of appeal is extended until one day after the date this order is filed.

**SIGNED this 30th day of January, 2018.**

BARBARA M. G. LYNN
CHIEF JUDGE